PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FEB 24 2025

FILED

UNITED STATES OF AMERICA

v.                                          Crim. No.    1:19CR00032-1

Jennifer Anne Hambrick

On August 11, 2022, the above named was placed on supervised release for a period of four years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Andrew J. Doughty
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____24th_____ day of February, 2025.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA